UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EDWARD EARL MITCHELL, SR. | CASE NO. 3:08-cr-153-J-20JRK |
| Counsel for Government:<br>Dale R. Campion | Counsel for Defendant:<br>Maurice C. Grant, II |

FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

SEP 2 4 2008

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

HONORABLE HARVEY E. SCHLESINGER, UNITED STATES DISTRICT JUDGE
Courtroom Deputy: Garry Randolph
Court Reporter: Shannon Bishop                        Interpreter: _____

### CLERK'S MINUTES

**PROCEEDINGS OF SENTENCING:**

___ Evidentiary/contested:
United States' witnesses:            Defendant's witnesses:

___ United States' exhibits filed in evidence: _____
___ Defendant's exhibits filed in evidence: _____
___ Plea Agreement ratified and accepted.
_X_ Defendant adjudged guilty on Count(s) __Two__ of the Indictment/~~Information~~.
___ United States' motion for departure from sentencing guidelines is GRANTED / DENIED.
___ Court finds grounds/no grounds for guidelines departure.
___ Sentence imposed is adjusted up/down from guidelines.
___ Court finds departure will ~~not~~ undermine the purposes of the statute.
_X_ Imprisonment: __5 mos.__
___ Court recommends: _____
_X_ Supervised Release: __3__ year(s).
___ Probation: _____
_X_ Special Assessment: $ __100.00__, to be paid immediately.
_X_ Restitution: __$31,850.00 ($50.00 per mo.)__
___ Special conditions of supervised release/~~probation~~:
   _X_ Defendant shall provide the Probation Officer access to any requested financial information.
   _X_ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the Probation Officer.
   ___ Defendant shall participate as directed in a program of mental health treatment.
   ___ Defendant shall participate as directed in a program for substance abuse treatment.
   _X_ Defendant shall participate in the Home Detention program for a period of __150__ days/~~months~~.
   ___ Defendant shall perform ____ hours of community service as directed by the Probation Officer.
   ___ Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Probation Officer.
   _X_ Drug testing is suspended based on the court's determination that defendant poses a low risk of future substance abuse.
   _X_ Defendant shall cooperate in the collection of DNA.
   ___ If deported, Defendant shall not re-enter the United States unless allowed to do so legally, or without prior approval from the Bureau of Immigration and Customs Enforcement.
   ___ Other: _____

_X_ Count(s) __One__ dismissed on motion of Assistant U.S. Attorney or pursuant to Plea Agreement.
___ Defendant is remanded to the custody of the U.S. Marshal.
_X_ Defendant shall surrender to the designated institution/U.S. Marshal no later than 2:00 P.M. on __Mon. 1-5-09__.
___ Defendant advised of right to appeal and to counsel on appeal.
___ Notice Concerning Appeals from Criminal Conviction furnished to counsel for Defendant in open court.
_X_ Other: __U.S. motion for 3rd level reduction for acceptance is GRANTED.__

**GUIDELINE RANGES DETERMINED BY THE COURT**

Total Offense level: __10__   Criminal History Category: __III__   Imprisonment Range: __10__ to __16__ months
Supervised Release Range: __2__ to __3__ years   Fine Range: $ __2,000__ to $ __20,000__

DATE: September 24, 2008        TIMES: __2:33 - 3:00__                  TOTAL: __.27__